992 So.2d 871 (2008)
Nigel A. WHILBY, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-2288.
District Court of Appeal of Florida, Fifth District.
October 14, 2008.
Gregory E. Tucci, Ocala, for Appellant.
No Appearance for Appellee.
PER CURIAM.
AFFIRMED. See State v. Green, 944 So.2d 208 (Fla.2006); Morales v. State, 988 So.2d 705 (Fla. 3d DCA 2008); State v. De Armas, 988 So.2d 156 (Fla. 3d DCA 2008); Prieto v. State, 989 So.2d 688 (Fla. 4th DCA 2008); Pena v. State, 980 So.2d 542 (Fla. 4th DCA 2008).
PALMER, C.J., GRIFFIN and LAWSON, JJ., concur.